**Opinion issued August 29, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-24-00445-CR

————————————

### GENEVA CHATMAN, Appellant

### V.

### MUHAMMAD NAZIM, Appellee

———————————————————————————————————————

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1227874**

———————————————————————————————————————

### MEMORANDUM OPINION

Appellant Geneva Chatman attempts to appeal a judgment signed on June 4, 2024. On July 1, 2024, the trial court granted appellant's motion for new trial.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When a motion for new trial is granted,

the case is reinstated upon the docket of the trial court and will stand for trial the same as though no trial had been had. *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). Thus, when the trial court grants a motion for new trial, the trial court "essentially wipes the slate clean and starts over." *Id*. Here, the trial court granted appellant's motion for new trial within the period of its plenary power. *See* TEX. R. CIV. P. 329b(d), (e); *Thomas v. Oldham*, 895 S.W.2d 352, 356 (Tex. 1995). Therefore, the issues presented in this appeal are rendered moot and this Court lacks appellate jurisdiction.

On August 15, 2024, the Clerk of this Court issued a Notice that this Court might dismiss this appeal for want of jurisdiction unless appellant filed a response within 10 days of the Notice explaining how this Court had jurisdiction over this appeal. Appellant did not adequately respond to the Notice.

Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.